UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-cr-0137-04** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **JOHNSON MOORE (04)** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 176] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 170] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the Indictment.

Sentencing is set for April 13, 2023, at 10:00 a.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 28th day of February, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE